UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ISRAEL MORALES and JUAN MALDONADO, individually and on behalf of all others similarly situated,

                          Plaintiffs,

v.

RISE DEVELOPMENT PARTNERS, LLC, RISE CONCRETE LLC, LBS MAINTENANCE CORP., and BARRY CALDWELL, and JOSE ALVAREZ, as individuals,

                          Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

20-CV-3517 (LDH) (LB)

---

LaSHANN DeARCY HALL, United States District Judge:

      On December 3, 2020, Magistrate Judge Lois Bloom issued a Report and Recommendation recommending that this Court dismiss Plaintiffs' action, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The parties were given until December 17, 2020, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Bloom's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, the action is dismissed, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

2

|  |  |
|---|---|
|  | SO ORDERED: |
| Dated: Brooklyn, New York<br>December 22, 2020 | /s/ LDH<br>LaSHANN DeARCY HALL<br>United States District Judge |