UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ISRAEL MORALES and JUAN MALDONADO,
individually and on behalf of all others
similarly situated,

              JUDGMENT
              20-CV-3517 (LDH) (LB)

       Plaintiffs,

  v.

RISE DEVELOPMENT PARTNERS, LLC,
RISE CONCRETE LLC, LBS MAINTENANCE CORP.,
and BARRY CALDWELL, and JOSE ALVAREZ,
as individuals,

       Defendants.
---------------------------------------------------------------X

An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on December 22, 2020, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated December 3, 2020, dismissing this action without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; it is

      ORDERED and ADJUDGED that this action is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York                         Douglas C. Palmer
       December 23, 2020                     Clerk of Court

                                               By:    */s/Jalitza Poveda*
                                                        Deputy Clerk